# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2026

## NO. 03-25-00394-CV

**Rhonda Cherie Martin, Appellant**

**v.**

**David Lee Martin, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CURMP**

This is an appeal from the final decree of divorce signed by the trial court on May 21, 2025.

Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did

not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal

for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication

of costs is made.